No. 613, Misc. FRAZIER v. BENNETT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 633, Misc. MURDAUGH v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 646, Misc. O'NEAL v. WILSON. Supreme Court of Florida. Certiorari denied. *Thomas A. Ziebarth, Alex Akerman, Jr.* and *J. B. Hodges* for petitioner.

No. 647, Misc. BARNES v. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 651, Misc. HANSON v. CHICAGO, BURLINGTON & QUINCY RAILROAD Co. ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Andrew C. Scott* for Chicago, Burlington & Quincy R. Co., and *Ralph M. Hoyt* for Grand Lodge of the Brotherhood of Locomotive Firemen and Enginemen, respondents.

No. 652, Misc. SADOWY v. FAY, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *George K. Bernstein,* Assistant Attorney General, for respondent.

No. 657, Misc. GODWIN v. TAYLOR, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Doar, Harold H. Greene* and *David Rubin* for respondent.

No. 659, Misc. BIGGS ET AL. v. CUMMINS ET AL. Supreme Court of Illinois. Certiorari denied.